Jeffrey J. Greenbaum, Esq.
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07102-5400
(973) 643-7000
jgreenbaum@sillscummis.com
*Attorneys for Defendants Regado Biosciences, Inc.,
David J. Mazzo, Christopher E. Courts, R. Don Elsey,
B. Jefferson Clark, Anton Gopka, P. Sherrill Neff,
Dennis Podlesak, Jesse Treu, and Raphael Wisniewski*

RECEIVED

SEP 18 2014

AT 8:30_____M
WILLIAM T. WALSH CLERK

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WILLIAM ALSTON, Individually and on Behalf of All Others Similarly Situated, ,<br><br>     Plaintiff,<br><br>v.<br><br>REGADO BIOSCIENCES, INC., CHRISTOPHER E. COURTS, R. DON ELSEY, B. JEFFERSON CLARK, ANTON GOPKA, P. SHERRILL NEFF, DENNIS PODLESAK, JESSE TREU, RAPHAEL WISNIEWSKI, BMO CAPITAL MARKETS CORP., COWEN AND COMPANY, LLC, CANACCORD GENUITY INC., NEEDHAM & COMPANY, LLC, AND WEDBUSH SECURITIES INC.,<br><br>     Defendants. | Case No. 3:14-CV-04380-JAP-DEA<br><br>Hon. Joel A. Pisano<br>Hon. Douglas E. Arpert<br><br>**ORDER FOR**<br>***PRO HAC VICE* ADMISSION**<br>**OF KOJI F. FUKUMURA**<br>**AND RYAN E. BLAIR** |

This matter having been brought to the Court by Sills Cummis & Gross P.C., counsel for defendants Regado Biosciences, Inc., David J. Mazzo, Christopher E. Courts, R. Don Elsey, B. Jefferson Clark, Anton Gopka, P. Sherrill Neff, Dennis Podlesak, Jesse Treu, and Raphael Wisniewski, for an Order, pursuant to Local Civil Rule 101.1, permitting Koji F. Fukumura and Ryan E. Blair of the law firm of Cooley LLP to be admitted *pro hac vice* to this Court for purposes of this matter, and counsel for plaintiffs having consented to the entry of this Order, and the Court having considered these requests and for good cause shown;

IT IS ON THIS 18th day of September, 2014;

ORDERED that Koji F. Fukumura and Ryan E. Blair of the law firm of Cooley LLP (the "Applicants") be admitted to this Court *pro hac vice* for purposes of this action pursuant to L. Civ. R. 101.1; and it is further

ORDERED that the Applicants shall abide by the Rules of this Court, including all relevant disciplinary rules; and it is further

ORDERED that the Applicants shall consent to the appointment of the Clerk of the Supreme Court as agent upon whom service of process may be made for all actions against the Applicants or the Applicants' firm that may arise out of the Applicants' participation in the matter; and it is further

ORDERED that the Applicants shall notify the Court immediately of any matter affecting the Applicants' standing as a member of the Bar of any court; and it is further

ORDERED that the Applicants shall endeavor to ensure that pleadings, briefs and other papers filed with the Court shall be signed and filed by a member, of counsel, or associate of the law firm of Sills Cummis & Gross P.C., who shall be responsible for said papers, and for the conduct of the cause, and who shall be present in the Court during all phases of these proceedings, unless expressly excused by the Court, and who shall be responsible for the conduct of the attorneys admitted hereby; and it is further

ORDERED that the Applicants shall pay the required annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 and this payment shall be made for any year in which the Applicants continue to represent a client in the pending matter; and it is further

ORDERED that the Applicants shall each pay $150.00 to the Clerk, United States District Court for the District of New Jersey, and it is further

ORDERED that a copy of this Order shall be served upon all parties via the Court's ECF system.

_____
HON. DOUGLAS E. ARPERT, U.S.M.J.

– on consent